**No. 10-5205 (R46-031). DeMario Terrel Harris, Petitioner v. United States.**

561 U.S. 1055, 131 S. Ct. 455, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5736.

September 22, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 368 Fed. Appx. 866.

561 U.S. 1055, 131 S. Ct. 60, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5737.

**No. 10A325. Brandon Joseph Rhode, Petitioner v. Stephen Upton, Warden.**

561 U.S. 1056, 131 S. Ct. 60, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5741.

September 27, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied.

**No. 10-6690 (10A323). Brandon Joseph Rhode, Petitioner v. Stephen Upton, Warden.**

561 U.S. 1056, 131 S. Ct. 60, 177 L. Ed. 2d 1149, 2010 U.S. LEXIS 5739.

September 27, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.